Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2024 APR 10 AM 10:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: 2:21-CR-00244(B)-AB |
|---|---|
| CHRISTOPHER Y. MORENO NUNEZ USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 4/10/2024 at 1000 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 21 USC 841(a)(1), (b)(1)(C)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☐ Yes Language: _____

7. Year of Birth: 1995

8. Defendant has retained counsel:
   ☒ Yes  Name: Jeremy Lessem   Phone Number: 818-582-3087

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Rob McCain    (please print)

12. Office Phone Number: 213-923-2863

13. Agency: DEA

14. Signature: _____

15. Date: 4/10/24

CR-64 (09/20)      REPORT COMMENCING CRIMINAL ACTION